**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6245**

─────────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

DWAYNE GRANT,

                                    Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (CR-98-336-2-18, CA-99-3534-2-18)

─────────────

Submitted: May 25, 2000              Decided: June 5, 2000

─────────────

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Dwayne Grant, Appellant Pro Se. Miller Williams Shealy, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dwayne Grant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Grant</u>, Nos. CR-98-336-2-18; CA-99-3534-2-18 (D.S.C. Jan. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>